[No. 11684-1-III. Division Three. June 30, 1992.]

PHILIP SCALICE, *Appellant*, v. ROY R. MASSEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-2-00296-8, Yancey Reser, J., entered June 6, 1991. *Reversed* by unpublished per curiam opinion.

[No. 13830-1-II. Division Two. July 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-1-00261-5, David E. Foscue, J., entered April 2, 1990. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 14909-5-II. Division Two. July 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS G. SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00183-1, James B. Sawyer II, J., entered March 18, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.